

# Fourth Court of Appeals
## San Antonio, Texas

September 12, 2019

No. 04-19-00346-CV

**IN RE A.J.W.,**

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00863
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellee's Second Motion to Extend Time to File Brief is hereby GRANTED.

Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of September, 2019.

KEITH E. HOTTLE,
Clerk of Court